Ms. Shawnte Anne LEVY, Plaintiff-Appellant,

v.

WEXFORD HEALTH SOURCES, INC.; Maryland Department of Public Safety and Correctional Services; Mr. Gregg L. Hershberger, Commissioner; Mr. Frank B. Bishop, Warden, Defendants-Appellees.

No. 16-7661

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2017

Decided: April 24, 2017

Shawnte Anne Levy, Appellant Pro Se. Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland; Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawnte Anne Levy seeks to appeal the district court's order denying as moot her "motion for permission to approach the court" and motion for additional finding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Levy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Levy's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*